Petition12C – Rev. 6/18

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

| | |
|---|---|
| Name of Offender: | **Blaine Cooper**          Case No.: **CR-19-50044-001-PHX-DLR** |
| Name of Judicial Officer: | **The Honorable Douglas L. Rayes**<br>**United States District Judge** |
| Date of Original Sentence: | **6/12/2018** |
| Original Offense: | **Count 1: Conspiracy To Commit an Offense against the United States, 18 U.S.C. § 371, a Class D Felony**<br>**Count 2: Assault on a Federal Officer, 18 U.S.C. §§ 111 (a)(1), (b) & 2, a Class C Felony** |
| Original Sentence: | **Time served (610 days) Bureau of Prisons, 24 months supervised release** |
| Type of Supervision: | **Supervised Release**    Date Supervision Commenced: **9/27/2018**<br>Date Supervision Expires: **9/26/2020** |
| Assistant U.S. Attorney: | **Vincent Quill Kirby**    Defense Attorney: **To be assigned**<br>**602-514-7500** |

Petitioning the Court to issue a Warrant.

The probation officer alleges Blaine Cooper has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #4** which states, You must answer truthfully the questions asked by your probation officer.<br><br>On March 13, 2019, Cooper admitted he provided false information to Probation regarding where he was residing. Grade C violation. §7B1.1(a)(3) |
| B | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Page 2
RE: Blaine Cooper
Petition to Revoke
March 18, 2019

           1) On March 13, 2019, Cooper admitted he stayed at an unapproved residence where he has been directed not to reside.
           2) On March 14, 2019, Cooper failed to provide verifiable proof of an approved residence.
           3) On March 15, 2019, Cooper failed to provide verifiable proof of an approved residence.
           4) On March 16, 2019, Cooper failed to provide verifiable proof of an approved residence.

           Grade C violations. §7B1.1(a)(3)

C          **Special Condition #2** which states, You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

           On March 15, 2019, Cooper failed to complete his mental health assessment as directed. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Blaine Cooper has violated the trust of the Court. A warrant is recommended as Blaine Cooper is considered a potential danger to the community and a flight risk as his current residence is unknown.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_/s/ Leslie Cooper_           3/18/2019
Leslie Q. Cooper           Date
Senior U.S. Probation Officer
Office: 928-286-5757
Cell: 928-225-5163

_/s/ Edward J. Martin Jr._           3/18/2019
Edward J. Martin, Jr.,           Date
Supervisory U.S. Probation Officer
Office: 928-286-5760
Cell: 520-631-7076

Page 3
RE: Blaine Cooper
Petition to Revoke
March 18, 2019

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____    3-19-19
The Honorable Douglas L. Rayes      Date
United States District Judge