Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL - 8 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Name of Offender: | **Blaine Cooper**       Case No.: **CR-19-50044-001-PHX-DLR** |
| Name of Judicial Officer: | **The Honorable Douglas L. Rayes**<br>**United States District Judge** |
| Date of Original Sentence: | **9/27/2018** |
| Original Offense: | **Count 1: Conspiracy to Commit an Offense Against the United States, 18 U.S.C. § 371, a Class D Felony**<br>**Count 5: Assault on a Federal Officer, 18 U.S.C. §§ 111 (a)(1), (b) & 2, a Class C Felony** |
| Original Sentence: | **Time Served (610 days) Bureau of Prisons, 24 months supervised release** |
| Revocation Sentence: | **Time served (48 days) Bureau of Prisons, 22 months supervised release** |
| Type of Supervision: | **Supervised Release**   Date Supervision Commenced: **5/28/2019**<br>Date Supervision Expires: **9/26/2020** |
| Assistant U.S. Attorney: | **Lisa Jennis**       Defense Attorney: **Mark A. Heath**<br>**602-514-7500**                            **480-442-0489** |

Petitioning the Court to issue a Warrant.

The probation officer alleges Blaine Cooper has violated the following conditions of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #3** which states, You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>Cooper admitted leaving the District of Arizona and traveling to multiple other Districts from approximately June 7, 2019, through June 19, 2019. Cooper did not have permission to leave the District of Arizona. Grade C violation. §7B1.1(a)(3) |

Page 2
RE: Blaine Cooper
Petition to Revoke
June 24, 2019

    B    **Special Condition #6** which states, To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.

        Cooper has failed to enroll in domestic violence classes as directed. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Blaine Cooper has violated the trust of the Court. A warrant is recommended as Blaine Cooper is a flight risk.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

*Leslie Cooper*

_____    6/24/2019
Leslie Q. Cooper    Date
Senior U.S. Probation Officer
Office: 928-286-5757
Cell: 928-225-5163

*Todd Davison*

_____    6/24/2019
Todd Davison    Date
Supervisory U.S. Probation Officer
Office: 928-286-5758
Cell: 928-699-8751

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____    7-8-19
The Honorable Douglas L. Rayes    Date
United States District Judge